NUMBER 13-05-300-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

FRANCES ARMIJO DE LUNA,                                     Appellant,

 

                                           v.

 

TEXAS
DEPARTMENT OF PUBLIC SAFETY,                    Appellee.

___________________________________________________________________

 

                On appeal from County
Court at Law No. 2 

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, FRANCES
ARMIJO DE LUNA, perfected an appeal from a judgment entered by County
Court at Law No. 2 of Nueces County, Texas, in cause number 04-61752-2.  After the
record was filed, appellant filed an unopposed motion to dismiss the
appeal.  Appellant requests that this
Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of
the opinion that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 6th day of October, 2005.